IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EFRAIN TROCHE RIVERA,** | : CIVIL ACTION NO. 1:22-CV-120 |
| **Petitioner** | : (Judge Conner) |
| v. | : |
| **WARDEN JAMISON,** | : |
| **Respondent** | : |

# **ORDER**

AND NOW, this 4th day of February, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

2. On or before March 4, 2022, petitioner shall file an amended petition for writ of habeas corpus. Failure to file an amended petition will result in the dismissal of this case without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania